# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00488-CV

---

**In re Bradford Clements**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. All pending motions are dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: August 20, 2024